# CV-05 3109

## INSTRUCTIONS FOR FILING A COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  JUN 28 2005  ★
LONG ISLAND OFFICE

FEUERSTEIN, S
LINDSAY, M.

To start an action, you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original.</u>

<u>The Clerk will not file your complaint unless it conforms to these instructions and to these forms.</u>

Your complaint must be legibly handwritten or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use additional 8 1/2 x 11 (standard letter size) paper.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

You are required to furnish, so that the United States Marshal can complete service, the <u>correct name and address of each person you have named as defendant</u>.

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00.

If you are unable to pay the filing fee and service costs for this action, you may petition for the court to proceed <u>in</u> <u>forma</u> <u>pauperis</u>. A blank petition for this purpose is included in this packet. The original should be filed with your complaint and a copy should be kept by you.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

**When these forms are completed, mail a signed original and the copies to the Clerk of the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 or, in Long Island to: Clerk of the United States District Court for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722.**

Kindly list all defendants to this lawsuit and the address at which each may be served. If you do not provide an address for a defendant, that defendant will <u>not</u> be served.

Defendant No. 1     Suffolk County's Sheriff Department
                    110 Center Drive
                    Riverhead, N.Y. 11901

Defendant No. 2     _____

Defendant No. 3     _____

Defendant No. 4     _____

Defendant No. 5     _____

Please attach additional 8 1/2 x 11 paper if necessary.

FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

BONDS, JOHNNIE,
Full name of plaintiff/prisoner ID# 01691 7

        Plaintiff,

        TRIAL BY JURY DEMAND
        YES X   NO ___

-against-

Suffolk County's Sheriff Department
110 Center Drive
Riverhead, New York, 11901
Enter full names of all defendants

        Defendants.
----------------------------------------------------X

I.    Previous Lawsuits:

   A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

   B.    If your answer to A is yes, describe the lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit:

          Plaintiffs: Bonds, Johnnie

          Defendants: Suffolk County's Sheriff Dept.

       2. Court (if federal court, name the district; if state court, name the county) Supreme Court - Suffolk County

       3. Docket Number: _____

2.

4. Name of Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Returned paperwork_

6. Approximate date of filing lawsuit: _October (2004)_

7. Approximate date of disposition: _____

II. Place of Present Confinement: _Suffolk County Jail_

   A. Is there a prisoner grievance procedure in this institution?  Yes (X)  No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes (X)  No ( )

   C. If you answer is YES;

      1. What steps did you take? _Grieved it at the Riker's Island Correctional fac._

      2. What was the result? _Since I there only as an hold over, nothing was done._

   D. If you answer is NO, explain why not _____

   E. If there is no prison grievance procedure in the institution, did you complaint to prison authorities?  Yes (X)  No ( )

   F. If you answer is YES,

      1. What steps did you take? _explained upon papers why and what it was to be placed in excommunications with courts and/or family._

      2. What was the result? _Nothing can be done as it was not Riker's Island problem._

III. Parties

    (In item A below, place your name in the first blank and place our present address in the second blank. Do the same for additional plaintiffs, if any.)

3

A. Name of plaintiff **Bonds, Johnnie**

Address **P.O. Box 69, Yaphank, New York 11980**

(In item B below, place the full name of the defendants in the first bland, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant **Suffolk County's Sheriff's** is employed as **Deputies/officers** at **110 Center Drive, Riverhead, New York 11901**

C. Additional Defendants **et al.**

IV. Statement of Claim

(State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also, the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach additional 8 1/2 x 11 sheets, if necessary.)

On morning of September 12, 2004 Plaintiff was told to pack-up his properties that he was going to Riker's Island, to use two bags, one (1) for personal things that would be carried with him and the other to be left behind. Plaintiff arrived at Riker's with out any properties along with many others and no way of contacting his family as phones calls at Riker's don't allow your calls to Reach Long Island without money in your inmate account(s) and Due to Hold over from Suffolk Plaintiff was not allowed to work to earn money for his account(s) to call family.

4

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

To Show Clearly How my Civil Rights were Violated:
1) Officers total disregard for others Rights
2) Hardship suffered
3) Complete and total Compensation for whole time I remained at Risk.

Signed this 21st day of June, 2005. I declare under penalty of perjury that the foregoing is true and correct.

JOSEPH M. LEAVENS
Notary Public, State of New York
No. 01LE6005326
Qualified in Suffolk County
Commission Expires April 13, 2006

Signature of Plaintiff