JS 44 (Rev. 12/96)

# CIVIL COVER SHEET

CV-05 3109



The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOHNNIE BONDS #016917

## DEFENDANTS
SUFFOLK COUNTY'S SHERIFF DEPARTMENT

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ JUN 28 2005 ★
LONG ISLAND OFFICE

FEUERSTEIN, J.S
LINDSAY, M.J.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(C) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
PO BOX 69
YAPHANK, NY 11980

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## VI. ORIGIN
[X] 1 Original Proceeding

## V. NATURE OF SUIT
[X] 440 Other Civil Rights

## VI. CAUSE OF ACTION
42 USC § 1983-CIVIL RIGHTS

## VII. REQUESTED IN COMPLAINT:
DEMAND $ _____
JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY
JUDGE: NONE  SJF/ARL
DOCKET NUMBER: NONE  05 CV 3110

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# ARBITRATION CERTIFICATION

I, _____, counsel for_____ do hereby certify pursuant to the Local Civil Rule 83. 10, at (d) (3), that to the best of my knowledge and belief the damages recoverable in the above captioned civil action exceed the sum of $150,000 exclusive of interest and costs.

_____ Relief other than monetary damages is sought.

## DISCLOSURE OF INTERESTED PARTIES - LOCAL CIVIL RULE 1.9

Identify any corporate parents, subsidiaries or affiliates of named corporate parties:

_____

_____

_____

Did the cause arise in Nassau or Suffolk County?   YES

If you answered yes, please indicate which county.   SUFFOLK

County of residence of plaintiff(s)    (1) _____
                                          (2) _____
                                          (3) _____

County of residence of defendant(s)    (1) _____
                                          (2) _____
                                          (3) _____

**I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.**

Yes ☐                                                         No ☐

**Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?**

Yes ☐    (If yes, please explain)                      No ☐

_____

_____

Please provide your E-MAIL Address and bar code below. Your bar code consist of the initials of your first and last name and the last four digits of your social security number or any other four digit number registered by the attorney with the Clerk of Court.

**(This information must be provided pursuant to local rule 11.1(b) of the local civil rules)**
**Attorney Bar Code:** _____

**E-Mail Address:** _____